UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| CLARK H. WEEKS, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 2:20-cv-00047 |
| COOKEVILLE HOTEL PARTNERS, LLC, d/b/a FAIRFIELD INN AND SUITES COOKEVILLE, | ) ) ) ) ) | |
| Defendant. | ) | |

## ORDER

The parties have failed to file a proposed pretrial order or joint proposed jury instructions on January 21, 2022, as required by Order entered October 13, 2020, (Doc. No. 15). By 5:00 p.m. on **January 26, 2022,** the parties shall file a proposed pretrial order as set forth in Doc. No. 15 at page 1, as well as jury instructions.

Additionally, only Defendant has timely filed its witness and exhibit lists in compliance with Order entered October 13, 2020. It would be helpful to the Court if Defendant would refile its witness list with a one or two sentence description of the anticipated testimony for each witness.

The Court also notes that Defendant's motion in limine to Exclude Evidence of Lost Income (Doc. No. 46) was timely filed, but Plaintiff has not filed a response. Pursuant to Local Rule 7.01(a)(3) the Plaintiff's failure to respond deems Defendant's motion unopposed.

The pretrial conference will proceed as scheduled. See Order (Doc. No. 50.

1

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE